UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   20-06519 |
| RAMIRO GONZALEZ, | ) | |
| | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**AGREED ORDER PROVIDING FOR STAY RELIEF UPON DEFAULT**

THIS CASE is before the Court on the motion of JPMORGAN CHASE BANK, NATIONAL ASSOCIATION (hereinafter, "Creditor"), for property located at 1903 South Austin Blvd, Cicero, IL 60804:

IT IS HEREBY ORDERED:

1. That the Debtor made payments in response to the Motion to Modify Stay such that the account is now due for the post-petition payment that is due on May 1, 2022.

2. The Debtor shall continue to make timely, direct post-petition payments to Creditor.

3. A payment is considered "timely" if the full payment is received in the office of Creditor on or before the 15th day of the month in which it is due and a late charge is due on all payments received after the 15th day of the month (this provision applies only to the triggering of this order and does not affect what constitutes currency of the loan post-petition).

4. That if Creditor fails to receive two "timely" post-petition monthly mortgage payments, the Creditor will then file with the court and serve on the Debtor and his attorney a Notice of Default with Certificate of Service stating that the Debtor has fourteen (14) calendar days to cure the post-petition default in full.  In the event the Debtor fails to cure the post-petition default in full within that time period, the Creditor will then file with the court and serve on the Debtor and his attorney a Notice of Stay Termination with Certificate of Service stating that the stay is terminated as to the Creditor, its principals, agents, successors and/or assigns, as to the property securing its interest.

5. Upon dismissal, discharge, chapter conversion, or relief from stay, the foregoing terms and conditions shall cease to be binding and payments will be due pursuant to the terms of the original loan agreement, the automatic stay is terminated, and Creditor may proceed to enforce its remedies under applicable non-bankruptcy law against the property securing its interest and/or against Debtor.

| | |
|---|---|
| /s/ Michael Fabinski | /s/Terri M. Long |
| Attorney for Debtor | Attorney for Creditor |

Enter:

*Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: **May 9, 2022**

**Prepared by:**

Terri M. Long ARDC#6196966
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
File No. 14-17-16291