UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                  CASE NO. 20 B 06519
                                        CHAPTER 13

RAMIRO GONZALEZ

                                        JUDGE DONALD R CASSLING

          DEBTOR                        **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Thomas H. Hooper files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** Us Bank Trust Na

---

**Final Cure Amount**

| Court Claim | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 3 | 10 | XXXXXX5074 | $36,404.53 | $36,404.53 | $36,404.53 |
| Total Amount Paid by Trustee | | | | | $36,404.53 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtor

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at Chicago, Il 60603 or by the methods indicated on this 8th day of January, 2025.


Debtor:
RAMIRO GONZALEZ
1903 S Austin Blvd
Cicero, Il 60804

ELECTRONIC SERVICE:
MSF LAW
18W140 Butterfield Rd #1500
Oakbrook Terrace, Il 60181
via Clerk's ECF noticing procedures


Mortgage Creditor:
CODILIS & ASSOCIATES
15W030 N Frontage Rd # 100
Burr Ridge, Il 60527

Creditor:
US BANK TRUST NA
% Selene Finance Lp
Attn: Bk Dept
3501 Olympus Blvd #500
Dallas, Tx 75019


ELECTRONIC SERVICE - United States Trustee


Date: January 08, 2025

/s/ Thomas H. Hooper
Thomas H. Hooper
55 E. Monroe St., Suite 3850
Chicago, Il 60603