Information to identify the case:

Debtor 1  Ramiro Gonzalez

First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court   Northern District of Illinois

Case number:   20–06519

Social Security number or ITIN   xxx–xx–5639
EIN   _ _–_ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _
EIN   _ _–_ _ _ _ _ _ _

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ramiro Gonzalez

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

January 21, 2025

**For the court:**   Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

In re:                                                                    Case No. 20-06519-DRC

Ramiro Gonzalez                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0752-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 21, 2025 | Form ID: 3180W | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ramiro Gonzalez, 1903 S Austin Blvd, Cicero, IL 60804-1657 |
| 28707935 | + | Michael S. Fabinski Law, One Lincoln Center, 18W140 Butterfield Road, Suite 1500, Oakbrook Terrace, IL 60181-4854 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 28707931 | + | Email/Text: comedbankruptcygroup@exeloncorp.com | Jan 22 2025 01:31:00 | ComEd, PO Box 6111, Carol Stream, IL 60197-6111 |
| 28709501 | + | Email/Text: comedbankruptcygroup@exeloncorp.com | Jan 22 2025 01:31:00 | Commonwealth Edison Co, 3 Lincoln Center, Attn: Bankruptcy Section, Oak Brook Terrace IL 60181-4204 |
| 28719290 | + | Email/Text: comedbankruptcygroup@exeloncorp.com | Jan 22 2025 01:31:00 | Commonwealth Edison Company, Bankruptcy Department, 1919 Swift Drive, Oak Brook, IL 60523-1502 |
| 28707932 | | EDI: DISCOVER | Jan 22 2025 06:19:00 | Discoverbank, Po Box 15316, Wilmington, DE 19850 |
| 28860321 | | Email/Text: rev.bankruptcy@illinois.gov | Jan 22 2025 01:31:00 | Illinois Department of Revenue, P.O. Box 19035, Bankruptcy Unit, Springfield, IL 62794-9035 |
| 28707933 | | Email/Text: rev.bankruptcy@illinois.gov | Jan 22 2025 01:31:00 | Illinois Department of Revenue, PO Box 64338, Chicago, IL 60664-0338 |
| 28707934 | | EDI: IRS.COM | Jan 22 2025 06:19:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 28835307 | | EDI: JPMORGANCHASE | Jan 22 2025 06:19:00 | JPMorgan Chase Bank, National Association, Chase Records Ctr/Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 28707930 | | EDI: JPMORGANCHASE | Jan 22 2025 06:19:00 | Chase Mtg, P.o. Box 24696, Columbus, OH 43224 |
| 28709502 | + | Email/Text: bankrup@aglresources.com | Jan 22 2025 01:28:00 | NICOR Northern Illinois Gas, Attention Bankruptcy & Collections, PO Box 549, Aurora IL 60507-0549 |
| 28707936 | ^ | MEBN | Jan 22 2025 01:25:58 | NicorGas, PO Box 5407, Carol Stream, IL 60197-5407 |
| 28707937 | + | EDI: WTRRNBANK.COM | Jan 22 2025 06:19:00 | Target N.b., Po Box 673, Minneapolis, MN 55440-0673 |
| 30794192 | + | Email/Text: bkteam@selenefinance.com | Jan 22 2025 01:30:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 30812713 | + | Email/Text: RASEBN@raslg.com | Jan 22 2025 01:29:00 | U.S. Bank Trust National Association, Robertson, |

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 21, 2025 | Form ID: 3180W | Total Noticed: 18 |

| | | | |
|---|---|---|---|
| | | | Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 30004440 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 22 2025 01:32:00 | U.S. Bank Trust National Association, not in its, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 28855639 | Email/Text: bankruptcy.accounts@wakeassoc.com | Jan 22 2025 01:28:00 | CEP AMERICA ILLINOIS LLP, WAKEFIELD & ASSOCIATES, PO BOX 50250, KNOXVILLE, TN 37950-0250 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Brief | Ustpregion11.es.ecf@usdoj.gov |
| Dana N O'Brien | on behalf of Creditor JPMorgan Chase Bank  National Association dana.obrien@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Michael Fabinski | on behalf of Debtor 1 Ramiro Gonzalez fabinski@msflaw.org  ecf.msflaw@gmail.com;R40485@notify.bestcase.com |
| Paul M. Bach | on behalf of Creditor Lauren Nitchoff paul@bachoffices.com pnbach@bachoffices.com;bachecf@gmail.com;bach.paulm.b122358@notify.bestcase.com |
| Samantha C San Jose | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION ssanjose@raslg.com |
| Susan J. Notarius | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as trustee on behalf of and for the benefit of MEB Loan Trust VII snotarius@Klueverlawgroup.com, bknotice@klueverlawgroup.com |
| Terri M Long | on behalf of Creditor JPMorgan Chase Bank  National Association bkpleadingsNORTHERN@il.cslegal.com, Courts@tmlong.com |
| Thomas H. Hooper | thomas.h.hooper@chicagoch13.com |

TOTAL: 8