**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Case No. 20-06519 |
| | ) Honorable Donald R Cassling |
| Ramiro Gonzalez, | ) Chapter 13 |
| | ) |
| Debtor. | ) |

**<u>NOTICE OF DEFAULT</u>**

TO:  <u>Debtor</u>:
  Ramiro Gonzalez
  1903 S Austin Blvd
  Cicero, IL 60804

  <u>Counsel for Debtor</u>:
  Michael Fabinski
  MSF Law
  1 Lincoln Center, Suite 1500
  Oakbrook Terrace, IL 60181

VIA E-MAIL AND CERTIFIED U.S. MAIL

Re: Notice of Default for Ramiro Gonzalez; Case No: 20-06519

Our office represents  U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust ("Secured Creditor"), the servicer of a mortgage on your property located at 1903 S Austin Blvd Cicero, IL 60804.  This as a Notice of Default under the terms of the Agreed Order, entered on May 9, 2022, Docket Entry #48, in Settlement of Motion to Modify Stay filed by Secured Creditor.

The breakdown of the default is as follows:

| | | |
|---|---|---|
| 3 Regular Payment (s) @ $1,626.36 each | 11/01/2024-01/01/2025 | $4,879.08 |
| Suspense Balance | N/A | ($817.30) |

**Total Amount Due to Cure Default:**                    **<u>$4,061.78</u>**

The address where payments should be sent is:

**Selene Finance LP**
**3501 Olympus Boulevard**
**5th Floor, Suite 500**
**Dallas, Texas  75019**

Pursuant to the Agreed Order, if the default is not cured by payment to Secured Creditor within fifteen (15) days of the date of mailing of this Notice of Default, Secured Creditor shall have the right to file an order indicating that the automatic stay is terminated.

Please notify the undersigned once the payment has been sent and provide proof of the payment.

Sincerely,
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC

**/s/ Samantha C. San Jose**
Illinois Bar No. 6319469
Attorney for Secured Creditor
205 N. Michigan Avenue Suite 810
Chicago, Illinois  60601
(833) 424-1715
Email: ssanjose@raslg.com

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served on the following parties via electronic means for those available and otherwise by postage prepaid, in the United States Mail, by first-class mail to the following on January 10, 2025:


| | |
|---|---|
| Ramiro Gonzalez<br>1903 S Austin Blvd<br>Cicero, IL 60804 | Debtor |
| Michael Fabinski<br>MSF Law<br>18W140 Butterfield Road, Suite 1500<br>Oakbrook Terrace, IL 60181 | Attorney for Debtor |
| Thomas H. Hooper<br>Office of the Chapter 13 Trustee<br>55 E. Monroe St., Suite 3850<br>Suite 3850<br>Chicago, IL 60603 | Chapter 13 Trustee |
| Adam Brief<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604 | US Trustee |

**/s/ Samantha C. San Jose**