Fill in this information to identify the case:

Debtor1     Ramiro Gonzalez

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the : <u>NORTHERN</u> District of <u>Illinois</u>
                                              (State)

Case number <u>20-06519</u>

# Form 4100R
# Response to Notice of Final Cure                **10/15**

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of creditor:** <u>U.S. BANK TRUST NATIONAL ASSOCIATION</u>            **Court claim no.** (if known): <u>3-1</u>
<u>NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER</u>
<u>TRUSTEE FOR RCAF ACQUISITION TRUST</u>
 **Last 4 digits** of any number you use to identify the debtor's account: <u>5074</u>

**Property address:**       <u>1903 S AUSTIN BLVD ,</u>
                            Number        Street
                            <u>CICERO, IL 60804</u>
                            City                         State         ZIP Code

| Part 2: | Prepetition Default Payments |
| --- | --- |

*Check one:*

[X]     Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]     Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                     $_____

.

| Part 3: | Postpetition Mortgage |
| --- | --- |

*Check one:*

[ ]     Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

       The next postpetition payment from the debtor(s) is due on:       ____/____/_____
                                                               MM/DD/YYYY

[X]     Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

       Creditor asserts that the total amount remaining unpaid as of the date of this response is:

       a. Total postpetition ongoing payments due:                                (a) $3252.72

       b. Total suspense:                                               - (b) $1,353.77

       c. Total. Add lines a and b.                                    (c) $1898.95

       Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:                             <u>12 / 1 / 2024</u>
                                                        MM/   DD/   YYYY

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X] all payments received;
[X] all fees, costs, escrow, and expenses assessed to the mortgage; and
[X] all amounts the creditor contends remain unpaid

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X /s/ÁÙ\æ{\_æ\}\c@æÁÔBÁÙ\æ\}ÁR[•^        Date ÁKR\æ\}ˇ\æ\^ˇÁ¦FÏ EÁG€GÍ
   Signature

Print      Samantha C. San Jose            Title Authorized Agent
         First Name      Middle Name      Last Name

Company    Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    13010 Morris Road, Suite 450
          Number        Street

            Alpharetta         GA        30004
            City          State        ZIP Code

Contact    470-321-7112                   Email: ssanjose@raslg.com

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on <u>January  20  2025</u>, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Ramiro Gonzalez
1903 S Austin Blvd
Cicero, IL 60804

And via electronic mail to:

Michael Fabinski
MSF Law
18W140 Butterfield Road, Suite 1500
Oakbrook Terrace, IL 60181

Thomas H. Hooper
Office of the Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Suite 3850
Chicago, IL 60603

Adam Brief
Office of the U. S. Trustee, Region 11
219 South Dearborn
Room 873
Chicago, IL 60604

By: /s/ <u>Jessica Kerrigan</u>
Email: <u>jkerrigan@raslg.com</u>

# PAYMENT HISTORY

**PAYMENT HISTORY PER MSP**

| LOAN NUMBER | |
|---|---|
| FILING DATE | 3/7/2020 |
| PAYMENTS IN POC | Principal & interest due is $10,619.42; Prepetition fees due is $5,498.93; Escrow deficiency is $19,257.26; Projected escrow shortage is $1,028.92; Total prepetition arrearage is $36,404.53. |
| FIRST POST-PETITION DUE DATE | 4/1/2020 |

**POST-PETITION PAYMENT CHANGES**

| EFFECTIVE | 4/1/2020 | 7/1/2021 | 7/1/2022 | 11/1/2022 |
|---|---|---|---|---|
| AMOUNT | $ 1,386.08 | $ 1,281.46 | $ 2,025.39 | $1,944.12 |

| DATE | PRE-PETITION FUNDS | POST-PETITION FUNDS | ESCR DISB | PRIN | INT | ESCR | Other | Phonepay Fee | POST PYMT | CONTR PYMT | CLAIM PYMT | TOTAL POST-PMT POSTED | TRUSTEE SUSP BAL | DEBTOR SUSP BAL | TOTAL MSP SUSP BAL | PRINCIPAL | ESCROW | PAYMENT AMOUNT | Phonepay Fee | MANUAL SUSP | MANUAL SUSP BAL | MANUAL POST PYMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STARTING BALANCES | | | | | | | | | | | | $ - | $ - | $ - | $ - | 189,160.28 | (19,257.26) | | | $ - | $ - | $ - |
| 3/12/2020 | | | 34.78 | | | | | | | | PMI | $ - | $ - | $ - | $ - | 189,160.28 | (19,292.04) | | | $ - | $ - | $ - |
| 4/10/2020 | | 1,386.08 | | | | | | | | 2/1/2019 | | 1,359.20 | (1,359.20) | 1,386.08 | 26.88 | 188,953.47 | (18,691.37) | $1,384.97 | | 1.11 | 1.11 | 4/1/2020 |
| 4/11/2020 | | | 34.78 | | | | | | | | PMI | - | (1,359.20) | 1,386.08 | 26.88 | 188,953.47 | (18,726.15) | | | - | 1.11 | |
| 5/12/2020 | | | 34.78 | | | | | | | | PMI | - | (1,359.20) | 1,386.08 | 26.88 | 188,953.47 | (18,760.93) | | | | 1.11 | |
| 5/18/2020 | | 1,386.08 | | | | | | | | 3/1/2019 | | 1,359.20 | (2,718.40) | 2,772.16 | 53.76 | 188,746.05 | (18,160.26) | $1,386.08 | | - | 1.11 | 5/1/2020 |
| 6/12/2020 | | | 34.78 | | | | | | | | PMI | - | (2,718.40) | 2,772.16 | 53.76 | 188,746.05 | (18,195.04) | | | | 1.11 | |
| 7/14/2020 | | | 1,747.43 | | | | | | | | Tax | - | (2,718.40) | 2,772.16 | 53.76 | 188,746.05 | (19,942.47) | | | | 1.11 | |
| 7/27/2020 | | 1,386.08 | | | | | | | | 4/1/2019 | | 1,359.20 | (4,077.60) | 4,158.24 | 80.64 | 188,538.03 | (19,341.80) | $1,386.08 | | - | 1.11 | 6/1/2020 |
| 7/28/2020 | | | 34.78 | | | | | | | | PMI | - | (4,077.60) | 4,158.24 | 80.64 | 188,538.03 | (19,376.58) | | | | 1.11 | |
| 8/6/2020 | | | 1,433.00 | | | | | | | | Insurance | - | (4,077.60) | 4,158.24 | 80.64 | 188,538.03 | (20,809.58) | | | - | 1.11 | |
| 8/12/2020 | | | 34.78 | | | | | | | | PMI | - | (4,077.60) | 4,158.24 | 80.64 | 188,538.03 | (20,844.36) | | | - | 1.11 | |
| 9/12/2020 | | | 34.78 | | | | | | | | PMI | - | (4,077.60) | 4,158.24 | 80.64 | 188,538.03 | (20,879.14) | | | - | 1.11 | |
| 10/10/2020 | | | 34.78 | | | | | | | | PMI | - | (4,077.60) | 4,158.24 | 80.64 | 188,538.03 | (20,913.92) | | | - | 1.11 | |
| 11/11/2020 | | | 34.78 | | | | | | | | PMI | - | (4,077.60) | 4,158.24 | 80.64 | 188,538.03 | (20,948.70) | | | - | 1.11 | |
| 12/1/2020 | 519.92 | | | | | | | | | | | - | (3,557.68) | 4,158.24 | 600.56 | 188,538.03 | (20,948.70) | | | - | 1.11 | |
| 12/11/2020 | | | 34.78 | | | | | | | | PMI | - | (3,557.68) | 4,158.24 | 600.56 | 188,538.03 | (20,983.48) | | | - | 1.11 | |
| 1/13/2021 | | | 34.78 | | | | | | | | PMI | - | (3,557.68) | 4,158.24 | 600.56 | 188,538.03 | (21,018.26) | | | - | 1.11 | |
| 2/2/2021 | 722.00 | | | | | | | | | | | - | (2,835.68) | 4,158.24 | 1,322.56 | 188,538.03 | (21,018.26) | | | - | 1.11 | |
| 2/12/2021 | | | 34.78 | | | | | | | | PMI | - | (2,835.68) | 4,158.24 | 1,322.56 | 188,538.03 | (21,053.04) | | | - | 1.11 | |
| 2/16/2021 | | | 2,677.33 | | | | | | | | Tax | - | (2,835.68) | 4,158.24 | 1,322.56 | 188,538.03 | (23,730.37) | | | - | 1.11 | |
| 3/2/2021 | 722.00 | | | | | | | | | | | - | (2,113.68) | 4,158.24 | 2,044.56 | 188,538.03 | (23,730.37) | | | - | 1.11 | |
| 3/3/2021 | | | | | | | | | | 5/1/2019 | | 1,359.20 | (3,472.88) | 4,158.24 | 685.36 | 188,329.40 | (23,129.70) | | | - | 1.11 | |
| 3/12/2021 | | | 34.78 | | | | | | | | PMI | - | (3,472.88) | 4,158.24 | 685.36 | 188,329.40 | (23,164.48) | | | - | 1.11 | |
| 4/1/2021 | 722.00 | | | | | | | | | | | - | (2,750.88) | 4,158.24 | 1,407.36 | 188,329.40 | (23,164.48) | | | - | 1.11 | |
| 4/13/2021 | | | 34.78 | | | | | | | | PMI | - | (2,750.88) | 4,158.24 | 1,407.36 | 188,329.40 | (23,199.26) | | | - | 1.11 | |
| 5/3/2021 | 722.00 | | | | | | | | | | | - | (2,028.88) | 4,158.24 | 2,129.36 | 188,329.40 | (23,199.26) | | | - | 1.11 | |
| 5/4/2021 | | | | | | | | | | 6/1/2019 | | 1,359.20 | (3,388.08) | 4,158.24 | 770.16 | 188,120.16 | (22,598.59) | | | - | 1.11 | |
| 5/13/2021 | | | 34.78 | | | | | | | | PMI | - | (3,388.08) | 4,158.24 | 770.16 | 188,120.16 | (22,633.37) | | | - | 1.11 | |
| 6/12/2021 | | | 34.78 | | | | | | | | PMI | - | (3,388.08) | 4,158.24 | 770.16 | 188,120.16 | (22,668.15) | | | - | 1.11 | |
| 7/13/2021 | | | 34.78 | | | | | | | | PMI | - | (3,388.08) | 4,158.24 | 770.16 | 188,120.16 | (22,702.93) | | | - | 1.11 | |
| 8/2/2021 | 731.12 | | | | | | | | | | | - | (2,656.96) | 4,158.24 | 1,501.28 | 188,120.16 | (22,702.93) | | | - | 1.11 | |
| 8/3/2021 | | | | | | | | | | 7/1/2019 | | 1,359.20 | (4,016.16) | 4,158.24 | 142.08 | 187,910.31 | (22,102.26) | | | - | 1.11 | |
| 8/6/2021 | | | 2,686.00 | | | | | | | | Insurance | - | (4,016.16) | 4,158.24 | 142.08 | 187,910.31 | (24,788.26) | | | - | 1.11 | |
| 8/13/2021 | | | 34.78 | | | | | | | | PMI | - | (4,016.16) | 4,158.24 | 142.08 | 187,910.31 | (24,823.04) | | | - | 1.11 | |
| 9/11/2021 | | | 34.78 | | | | | | | | PMI | - | (4,016.16) | 4,158.24 | 142.08 | 187,910.31 | (24,857.82) | | | - | 1.11 | |
| 9/23/2021 | | | 3,737.88 | | | | | | | | Tax | - | (4,016.16) | 4,158.24 | 142.08 | 187,910.31 | (28,595.70) | | | - | 1.11 | |
| 10/4/2021 | 2,270.32 | | | | | | | | | | | - | (1,745.84) | 4,158.24 | 2,412.40 | 187,910.31 | (28,595.70) | | | - | 1.11 | |
| 10/5/2021 | | | | | | | | | | 8/1/2019 | | 1,359.20 | (3,105.04) | 4,158.24 | 1,053.20 | 187,699.85 | (27,995.03) | | | - | 1.11 | |
| 11/1/2021 | 2,231.84 | | | | | | | | | | | - | (873.20) | 4,158.24 | 3,285.04 | 187,699.85 | (27,995.03) | | | - | 1.11 | |
| 11/1/2021 | | | 34.78 | | | | | | | | PMI | - | (873.20) | 4,158.24 | 3,285.04 | 187,699.85 | (28,029.81) | | | - | 1.11 | |
| 11/2/2021 | | | | | | | | | | 9/1/2019 | | 1,359.20 | (2,232.40) | 4,158.24 | 1,925.84 | 187,488.78 | (27,429.14) | | | - | 1.11 | |
| 11/2/2021 | | | | | | | | | | 10/1/2019 | | 1,359.20 | (3,591.60) | 4,158.24 | 566.64 | 187,277.09 | (26,828.47) | | | - | 1.11 | |
| 12/2/2021 | | | 34.78 | | | | | | | | PMI | - | (3,591.60) | 4,158.24 | 566.64 | 187,277.09 | (26,863.25) | | | - | 1.11 | |
| 1/3/2022 | 739.44 | | | | | | | | | | | - | (2,852.16) | 4,158.24 | 1,306.08 | 187,277.09 | (26,863.25) | | | - | 1.11 | |
| 1/3/2022 | | | 34.78 | | | | | | | | PMI | - | (2,852.16) | 4,158.24 | 1,306.08 | 187,277.09 | (26,898.03) | | | - | 1.11 | |
| 1/28/2022 | | | 34.78 | | | | | | | | PMI | - | (2,852.16) | 4,158.24 | 1,306.08 | 187,277.09 | (26,932.81) | | | - | 1.11 | |
| 2/15/2022 | | | 3,528.37 | | | | | | | | Tax | - | (2,852.16) | 4,158.24 | 1,306.08 | 187,277.09 | (30,461.18) | | | - | 1.11 | |
| 2/24/2022 | | | 34.78 | | | | | | | | PMI | - | (2,852.16) | 4,158.24 | 1,306.08 | 187,277.09 | (30,495.96) | | | - | 1.11 | |
| 3/1/2022 | 739.44 | | | | | | | | | | | - | (2,112.72) | 4,158.24 | 2,045.52 | 187,277.09 | (30,495.96) | | | - | 1.11 | |
| 3/2/2022 | | | | | | | | | | 11/1/2019 | | 1,384.97 | (3,497.69) | 4,158.24 | 660.55 | 187,064.78 | (29,869.52) | | | - | 1.11 | |
| 3/7/2022 | | 5,000.00 | | | | | | | | | | - | (3,497.69) | 9,158.24 | 5,660.55 | 187,064.78 | (29,869.52) | $1,386.08 | | 3,613.92 | 3,615.03 | 7/1/2020 |
| 3/9/2022 | | | | | | | | | | 12/1/2019 | | 1,384.97 | (4,882.66) | 9,158.24 | 4,275.58 | 186,851.86 | (29,243.08) | $1,386.08 | | - | 2,228.95 | 8/1/2020 |
| 3/9/2022 | | | | | | | | | | 1/1/2020 | | 1,384.97 | (6,267.63) | 9,158.24 | 2,890.61 | 186,638.31 | (28,616.64) | $1,386.08 | | (1,386.08) | 842.87 | 9/1/2020 |
| 3/9/2022 | | | | | | | | | | 2/1/2020 | | 1,384.97 | (7,652.60) | 9,158.24 | 1,505.64 | 186,424.14 | (27,990.20) | | | | 842.87 | |
| 3/30/2022 | | 10,000.00 | | | | | | | | | | - | (7,652.60) | 19,158.24 | 11,505.64 | 186,424.14 | (27,990.20) | $1,386.08 | | 8,613.92 | 9,456.79 | 10/1/2020 |
| 3/31/2022 | 1,478.88 | | | | | | | | | | | - | (6,173.72) | 19,158.24 | 12,984.52 | 186,424.14 | (27,990.20) | $1,386.08 | | (1,386.08) | 8,070.71 | 11/1/2020 |
| 3/31/2022 | | | 34.78 | | | | | | | | PMI | - | (6,173.72) | 19,158.24 | 12,984.52 | 186,424.14 | (28,024.98) | $1,386.08 | | (1,386.08) | 6,684.63 | 12/1/2020 |
| 4/1/2022 | | | | | | | | | | 3/1/2020 | | 1,384.97 | (7,558.69) | 19,158.24 | 11,599.55 | 186,209.35 | (27,398.54) | $1,386.08 | | (1,386.08) | 5,298.55 | 1/1/2021 |
| 4/1/2022 | | | | 215.42 | 543.11 | 626.44 | | | 4/1/2020 | 4/1/2020 | | 1,384.97 | (7,558.69) | 17,773.27 | 10,214.58 | 185,993.93 | (26,772.10) | $1,386.08 | | (1,386.08) | 3,912.47 | 2/1/2021 |
| 4/8/2022 | | | | 216.05 | 542.48 | 627.55 | | | 5/1/2020 | 5/1/2020 | | 1,386.08 | (7,558.69) | 16,387.19 | 8,828.50 | 185,777.88 | (26,144.55) | $1,386.08 | | (1,386.08) | 2,526.39 | 3/1/2021 |
| 4/8/2022 | | | | 216.68 | 541.85 | 627.55 | | | 6/1/2020 | 6/1/2020 | | 1,386.08 | (7,558.69) | 15,001.11 | 7,442.42 | 185,561.20 | (25,517.00) | $1,386.08 | | (1,386.08) | 1,140.31 | 4/1/2021 |

| Date | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/8/2022 | | | | $217.31 | $541.22 | $627.55 | | | 7/1/2020 | 7/1/2020 | | $1,386.08 | $(7,558.69) | $13,615.03 | $6,056.34 | $185,343.89 | $(24,889.45) | | $- | $- | $1,140.31 | |
| 4/8/2022 | | | | $217.94 | $540.59 | $627.55 | | | 8/1/2020 | 8/1/2020 | | $1,386.08 | $(7,558.69) | $12,228.95 | $4,670.26 | $185,125.95 | $(24,261.90) | | $- | $- | $1,140.31 | |
| 4/8/2022 | | | | $218.58 | $539.95 | $627.55 | | | 9/1/2020 | 9/1/2020 | | $1,386.08 | $(7,558.69) | $10,842.87 | $3,284.18 | $184,907.37 | $(23,634.35) | | $- | $- | $1,140.31 | |
| 4/8/2022 | | | | $219.22 | $539.31 | $627.55 | | | 10/1/2020 | 10/1/2020 | | $1,386.08 | $(7,558.69) | $9,456.79 | $1,898.10 | $184,688.15 | $(23,006.80) | | $- | $- | $1,140.31 | |
| 4/13/2022 | | | $34.78 | | | | | | | | PMI | $- | $(7,558.69) | $9,456.79 | $1,898.10 | $184,688.15 | $(23,041.58) | | $- | $- | $1,140.31 | |
| 4/27/2022 | | $14,447.56 | | | | | | | | | | $- | $(7,558.69) | $23,904.35 | $16,345.66 | $184,688.15 | $(23,041.58) | $1,386.08 | $- | $13,061.48 | $14,201.79 | 5/1/2021 |
| 5/2/2022 | | | | $219.86 | $538.67 | $627.55 | | | 11/1/2020 | 11/1/2020 | | $1,386.08 | $(7,558.69) | $22,518.27 | $14,959.58 | $184,468.29 | $(22,414.03) | $1,386.08 | $- | $(1,386.08) | $12,815.71 | 6/1/2021 |
| 5/2/2022 | | | | $220.50 | $538.03 | $627.55 | | | 12/1/2020 | 12/1/2020 | | $1,386.08 | $(7,558.69) | $21,132.19 | $13,573.50 | $184,247.79 | $(21,786.48) | $1,281.46 | $- | $(1,281.46) | $11,534.25 | 7/1/2021 |
| 5/4/2022 | | | | $221.14 | $537.39 | $627.55 | | | 1/1/2021 | 1/1/2021 | | $1,386.08 | $(7,558.69) | $19,746.11 | $12,187.42 | $184,026.65 | $(21,158.93) | $1,281.46 | $- | $(1,281.46) | $10,252.79 | 8/1/2021 |
| 5/4/2022 | | | | $221.79 | $536.74 | $627.55 | | | 2/1/2021 | 2/1/2021 | | $1,386.08 | $(7,558.69) | $18,360.03 | $10,801.34 | $183,804.86 | $(20,531.38) | $1,281.46 | $- | $(1,281.46) | $8,971.33 | 9/1/2021 |
| 5/4/2022 | | | | $222.43 | $536.10 | $627.55 | | | 3/1/2021 | 3/1/2021 | | $1,386.08 | $(7,558.69) | $16,973.95 | $9,415.26 | $183,582.43 | $(19,903.83) | $1,281.46 | $- | $(1,281.46) | $7,689.87 | 10/1/2021 |
| 5/4/2022 | | | | $223.08 | $535.45 | $627.55 | | | 4/1/2021 | 4/1/2021 | | $1,386.08 | $(7,558.69) | $15,587.87 | $8,029.18 | $183,359.35 | $(19,276.28) | $1,281.46 | $- | $(1,281.46) | $6,408.41 | 11/1/2021 |
| 5/4/2022 | | | | $223.73 | $534.80 | $627.55 | | | 5/1/2021 | 5/1/2021 | | $1,386.08 | $(7,558.69) | $14,201.79 | $6,643.10 | $183,135.62 | $(18,648.73) | $1,281.46 | $- | $(1,281.46) | $5,126.95 | 12/1/2021 |
| 5/6/2022 | | $1,281.46 | | | | | | | | | | $- | $(7,558.69) | $15,483.25 | $7,924.56 | $183,135.62 | $(18,648.73) | $1,281.46 | $- | $(1,281.46) | $5,126.95 | 1/1/2022 |
| 5/6/2022 | | | | $224.38 | $534.15 | $627.55 | | | 6/1/2021 | 6/1/2021 | | $1,386.08 | $(7,558.69) | $14,097.17 | $6,538.48 | $182,911.24 | $(18,021.18) | $1,281.46 | $- | $(1,281.46) | $3,845.49 | 2/1/2022 |
| 5/9/2022 | | | | $225.04 | $533.49 | $522.93 | | | 7/1/2021 | 7/1/2021 | | $1,281.46 | $(7,558.69) | $12,815.71 | $5,257.02 | $182,686.20 | $(17,498.25) | $1,281.46 | $- | $(1,281.46) | $2,564.03 | 3/1/2022 |
| 5/9/2022 | | | | $225.70 | $532.83 | $522.93 | | | 8/1/2021 | 8/1/2021 | | $1,281.46 | $(7,558.69) | $11,534.25 | $3,975.56 | $182,460.50 | $(16,975.32) | $1,281.46 | $- | $(1,281.46) | $1,282.57 | 4/1/2022 |
| 5/9/2022 | | | | $226.35 | $532.18 | $522.93 | | | 9/1/2021 | 9/1/2021 | | $1,281.46 | $(7,558.69) | $10,252.79 | $2,694.10 | $182,234.15 | $(16,452.39) | $1,281.46 | $- | $(1,281.46) | $1.11 | 5/1/2022 |
| 5/10/2022 | | | | $227.01 | $531.52 | $522.93 | | | 10/1/2021 | 10/1/2021 | | $1,281.46 | $(7,558.69) | $8,971.33 | $1,412.64 | $182,007.14 | $(15,929.46) | | $- | $- | $1.11 | |
| 5/12/2022 | | | $34.78 | | | | | | | | PMI | $- | $(7,558.69) | $8,971.33 | $1,412.64 | $182,007.14 | $(15,964.24) | | $- | $- | $1.11 | |
| 5/27/2022 | $2,957.76 | | | | | | | | | | | $- | $(4,600.93) | $8,971.33 | $4,370.40 | $182,007.14 | $(15,964.24) | | $- | $- | $1.11 | |
| 5/31/2022 | | | | $227.68 | $530.85 | $522.93 | | | 11/1/2021 | 11/1/2021 | | $1,281.46 | $(4,600.93) | $7,689.87 | $3,088.94 | $181,779.46 | $(15,441.31) | | $- | $- | $1.11 | |
| 5/31/2022 | | | | $228.34 | $530.19 | $522.93 | | | 12/1/2021 | 12/1/2021 | | $1,281.46 | $(4,600.93) | $6,408.41 | $1,807.48 | $181,551.12 | $(14,918.38) | | $- | $- | $1.11 | |
| 6/6/2022 | | $1,281.46 | | | | | | | | | | $- | $(4,600.93) | $7,689.87 | $3,088.94 | $181,551.12 | $(14,918.38) | $1,281.46 | $- | $- | $1.11 | 6/1/2022 |
| 6/8/2022 | | | | $229.01 | $529.52 | $522.93 | | | 1/1/2022 | 1/1/2022 | | $1,281.46 | $(4,600.93) | $6,408.41 | $1,807.48 | $181,322.11 | $(14,395.45) | | $- | $- | $1.11 | |
| 6/14/2022 | | | $34.78 | | | | | | | | PMI | $- | $(4,600.93) | $6,408.41 | $1,807.48 | $181,322.11 | $(14,430.23) | | $- | $- | $1.11 | |
| 6/29/2022 | | $2,599.87 | | | | | | | | | Insurance | $- | $(4,600.93) | $6,408.41 | $1,807.48 | $181,322.11 | $(17,030.10) | | $- | $- | $1.11 | |
| 6/30/2022 | $739.44 | | | | | | | | | | | $- | $(3,861.49) | $6,408.41 | $2,546.92 | $181,322.11 | $(17,030.10) | | $- | $- | $1.11 | |
| 7/1/2022 | | | | $229.67 | $528.86 | $522.93 | | | 2/1/2022 | 2/1/2022 | | $1,281.46 | $(3,861.49) | $5,126.95 | $1,265.46 | $181,092.44 | $(16,507.17) | | $- | $- | $1.11 | |
| 7/8/2022 | | $1,281.46 | | | | | | | | | | $- | $(3,861.49) | $6,408.41 | $2,546.92 | $181,092.44 | $(16,507.17) | | $- | $1,281.46 | $1,282.57 | |
| 7/14/2022 | | | $34.78 | | | | | | | | PMI | $- | $(3,861.49) | $6,408.41 | $2,546.92 | $181,092.44 | $(16,541.95) | | $- | $- | $1,282.57 | |
| 7/29/2022 | $739.44 | | | | | | | | | | | $- | $(3,122.05) | $6,408.41 | $3,286.36 | $181,092.44 | $(16,541.95) | | $- | $- | $1,282.57 | |
| 8/8/2022 | | $1,281.40 | | | | | | | | | | $- | $(3,122.05) | $7,689.81 | $4,567.76 | $181,092.44 | $(16,541.95) | $2,025.39 | $- | $(743.99) | $538.58 | 7/1/2022 |
| 8/10/2022 | | | | $230.34 | $528.19 | $522.93 | | | 3/1/2022 | 3/1/2022 | | $1,281.46 | $(3,122.05) | $6,408.35 | $3,286.30 | $180,862.10 | $(16,019.02) | | $- | $- | $538.58 | |
| 8/11/2022 | | | | $231.02 | $527.51 | $522.93 | | | 4/1/2022 | 4/1/2022 | | $1,281.46 | $(3,122.05) | $5,126.89 | $2,004.84 | $180,631.08 | $(15,496.09) | | $- | $- | $538.58 | |
| 8/13/2022 | | | $34.78 | | | | | | | | PMI | $- | $(3,122.05) | $5,126.89 | $2,004.84 | $180,631.08 | $(15,530.87) | | $- | $- | $538.58 | |
| 9/16/2022 | | | $34.78 | | | | | | | | PMI | $- | $(3,122.05) | $5,126.89 | $2,004.84 | $180,631.08 | $(15,565.65) | | $- | $- | $538.58 | |
| 9/19/2022 | | $1,281.46 | | | | | | | | | | $- | $(3,122.05) | $6,408.35 | $3,286.30 | $180,631.08 | $(15,565.65) | | $- | $1,281.46 | $1,820.04 | |
| 9/30/2022 | $739.44 | | | | | | | | | | | $- | $(2,382.61) | $6,408.35 | $4,025.74 | $180,631.08 | $(15,565.65) | | $- | $- | $1,820.04 | |
| 10/3/2022 | | | | $231.69 | $526.84 | $522.93 | | | 5/1/2022 | 5/1/2022 | | $1,281.46 | $(2,382.61) | $5,126.89 | $2,744.28 | $180,399.39 | $(15,042.72) | | $- | $- | $1,820.04 | |
| 10/15/2022 | | | $34.78 | | | | | | | | PMI | $- | $(2,382.61) | $5,126.89 | $2,744.28 | $180,399.39 | $(15,077.50) | | $- | $- | $1,820.04 | |
| 10/28/2022 | $739.44 | | | | | | | | | | | $- | $(1,643.17) | $5,126.89 | $3,483.72 | $180,399.39 | $(15,077.50) | | $- | $- | $1,820.04 | |
| 10/31/2022 | | | | $232.37 | $526.16 | $522.93 | | | 6/1/2022 | 6/1/2022 | | $1,281.46 | $(1,643.17) | $3,845.43 | $2,202.26 | $180,167.02 | $(14,554.57) | | $- | $- | $1,820.04 | |
| 11/22/2022 | | $1,284.47 | | | | | | | | | Fees | $- | $(1,825.21) | $5,129.90 | $3,304.69 | $180,167.02 | $(14,554.57) | $2,025.39 | $- | $(740.92) | $1,079.12 | 8/1/2022 |
| 11/23/2022 | | | | $233.04 | $525.49 | $1,266.86 | | | 7/1/2022 | 7/1/2022 | | $2,025.39 | $(1,825.21) | $3,104.51 | $1,279.30 | $179,933.98 | $(13,287.71) | | $- | $- | $1,079.12 | |
| 11/25/2022 | | $1,284.47 | | | | | | | | | | $- | $(1,825.21) | $4,388.98 | $2,563.77 | $179,933.98 | $(13,287.71) | $2,025.39 | $- | $(740.92) | $338.20 | 9/1/2022 |
| 11/28/2022 | | | | $233.72 | $524.81 | $1,266.86 | | | 8/1/2022 | 8/1/2022 | | $2,025.39 | $(1,825.21) | $2,363.59 | $538.38 | $179,700.26 | $(12,020.85) | | $- | $- | $338.20 | |
| 12/8/2022 | | | $34.78 | | | | | | | | PMI | $- | $(1,825.21) | $2,363.59 | $538.38 | $179,700.26 | $(12,055.63) | | $- | $- | $338.20 | |
| 12/8/2022 | | $2,971.59 | | | | | | | | | Tax | $- | $(1,825.21) | $2,363.59 | $538.38 | $179,700.26 | $(15,027.22) | | $- | $- | $338.20 | |
| 12/15/2022 | $733.20 | | | | | | | | | | | $- | $(1,092.01) | $2,363.59 | $1,271.58 | $179,700.26 | $(15,027.22) | | $- | $- | $338.20 | |
| 12/16/2022 | | | | | | | | | | | Fees | $- | $(1,825.21) | $2,363.59 | $538.38 | $179,700.26 | $(15,027.22) | | $- | $- | $338.20 | |
| 1/3/2023 | | $1,291.46 | | | | | | | | | | $- | $(1,825.21) | $3,655.05 | $1,829.84 | $179,700.26 | $(15,027.22) | | $- | $1,291.46 | $1,629.66 | |
| 1/5/2023 | $733.20 | | | | | | | | | | | $- | $(1,825.21) | $3,655.05 | $2,563.04 | $179,700.26 | $(15,027.22) | | $- | $- | $1,629.66 | |
| 1/6/2023 | | | | | | | | | | | Fees | $- | $(1,825.21) | $3,655.05 | $1,829.84 | $179,700.26 | $(15,027.22) | | $- | $- | $1,629.66 | |
| 1/10/2023 | | | $34.78 | | | | | | | | PMI | $- | $(1,825.21) | $3,655.05 | $1,829.84 | $179,700.26 | $(15,062.00) | | $- | $- | $1,629.66 | |
| 1/31/2023 | | $2,025.39 | | $234.40 | $524.13 | $1,266.86 | | | 9/1/2022 | 9/1/2022 | | $2,025.39 | $(1,825.21) | $3,655.05 | $1,829.84 | $179,465.86 | $(13,795.14) | $2,025.39 | $- | $- | $1,629.66 | 10/1/2022 |
| 2/7/2023 | $733.20 | | | | | | | | | | | $- | $(1,092.01) | $3,655.05 | $2,563.04 | $179,465.86 | $(13,795.14) | | $- | $- | $1,629.66 | |
| 2/8/2023 | | | $34.78 | | | | | | | | PMI | $- | $(1,092.01) | $3,655.05 | $2,563.04 | $179,465.86 | $(13,829.92) | | $- | $- | $1,629.66 | |
| 2/8/2023 | | | | | | | | | | | Fees | $- | $(1,825.21) | $3,655.05 | $1,829.84 | $179,465.86 | $(13,829.92) | | $- | $- | $1,629.66 | |
| 2/28/2023 | $733.20 | | | | | | | | | | | $- | $(1,092.01) | $3,655.05 | $2,563.04 | $179,465.86 | $(13,829.92) | | $- | $- | $1,629.66 | |
| 3/1/2023 | | $2,025.39 | | | | | | | | | | $- | $(1,092.01) | $5,680.44 | $4,588.43 | $179,465.86 | $(13,829.92) | $1,944.12 | $- | $81.27 | $1,710.93 | 11/1/2022 |
| 3/2/2023 | | | | $235.09 | $523.44 | $1,266.86 | | | 10/1/2022 | 10/1/2022 | | $2,025.39 | $(1,092.01) | $3,655.05 | $2,563.04 | $179,230.77 | $(12,563.06) | | $- | $- | $1,710.93 | |
| 3/3/2023 | | | | | | | | | | | | $- | $(1,825.21) | $3,655.05 | $1,829.84 | $179,230.77 | $(12,563.06) | | $- | $- | $1,710.93 | |
| 3/8/2023 | | | $34.78 | | | | | | | | PMI | $- | $(1,825.21) | $3,655.05 | $1,829.84 | $179,230.77 | $(12,597.84) | | $- | $- | $1,710.93 | |
| 3/8/2023 | | $3,574.98 | | | | | | | | | Tax | $- | $(1,825.21) | $3,655.05 | $1,829.84 | $179,230.77 | $(16,172.82) | | $- | $- | $1,710.93 | |
| 3/16/2023 | | $1,944.12 | | $235.77 | $522.76 | $1,185.59 | | | 11/1/2022 | 11/1/2022 | | $1,944.12 | $(1,092.01) | $3,655.05 | $1,829.84 | $178,995.00 | $(14,987.23) | $1,944.12 | $- | $- | $1,710.93 | 12/1/2022 |
| 4/4/2023 | $733.20 | | | | | | | | | | | $- | $(1,092.01) | $3,655.05 | $2,563.04 | $178,995.00 | $(14,987.23) | | $- | $- | $1,710.93 | |
| 4/5/2023 | | | | | | | | | | | Fees | $- | $(1,825.21) | $3,655.05 | $1,829.84 | $178,995.00 | $(14,987.23) | | $- | $- | $1,710.93 | |
| 4/10/2023 | | | $34.78 | | | | | | | | PMI | $- | $(1,092.01) | $3,655.05 | $1,829.84 | $178,995.00 | $(15,022.01) | | $- | $- | $1,710.93 | |
| 5/4/2023 | $733.20 | | | | | | | | | | | $- | $(1,092.01) | $3,655.05 | $2,563.04 | $178,995.00 | $(15,022.01) | | $- | $- | $1,710.93 | |
| 5/4/2023 | | $1,944.12 | | $236.46 | $522.07 | $1,185.59 | | | 12/1/2022 | 12/1/2022 | | $1,944.12 | $(1,092.01) | $3,655.05 | $2,563.04 | $178,758.54 | $(13,836.42) | $1,944.12 | $- | $- | $1,710.93 | 1/1/2023 |
| 5/5/2023 | | | | | | | | | | | Fees | $- | $(1,825.21) | $3,655.05 | $1,829.84 | $178,758.54 | $(13,836.42) | | $- | $- | $1,710.93 | |
| 5/8/2023 | | | $34.78 | | | | | | | | PMI | $- | $(1,825.21) | $3,655.05 | $1,829.84 | $178,758.54 | $(13,871.20) | | $- | $- | $1,710.93 | |
| 6/2/2023 | | $1,944.12 | | $237.15 | $521.38 | $1,185.59 | | | 1/1/2023 | 1/1/2023 | | $1,944.12 | $(1,825.21) | $3,655.05 | $1,829.84 | $178,521.39 | $(12,685.61) | $1,944.12 | $- | $- | $1,710.93 | 2/1/2023 |
| 6/7/2023 | | | $34.78 | | | | | | | | PMI | $- | $(1,825.21) | $3,655.05 | $1,829.84 | $178,521.39 | $(12,720.39) | | $- | $- | $1,710.93 | |
| 6/8/2023 | $733.20 | | | | | | | | | | | $- | $(1,092.01) | $3,655.05 | $2,563.04 | $178,521.39 | $(12,720.39) | | $- | $- | $1,710.93 | |
| 6/9/2023 | | | | | | | | | | | Fees | $- | $(1,825.21) | $3,655.05 | $1,829.84 | $178,521.39 | $(12,720.39) | | $- | $- | $1,710.93 | |
| 6/22/2023 | | $3,278.50 | | | | | | | | | Insurance | $- | $(1,825.21) | $3,655.05 | $1,829.84 | $178,521.39 | $(15,998.89) | | $- | $- | $1,710.93 | |
| 7/10/2023 | $1,466.40 | | | | | | | | | | | $- | $(358.81) | $3,655.05 | $3,296.24 | $178,521.39 | $(15,998.89) | | $- | $- | $1,710.93 | |
| 7/10/2023 | | | $34.78 | | | | | | | | PMI | $- | $(358.81) | $3,655.05 | $3,296.24 | $178,521.39 | $(16,033.67) | | $- | $- | $1,710.93 | |
| 7/11/2023 | | | | | | | | | | | Fees | $- | $(543.30) | $3,655.05 | $3,111.75 | $178,521.39 | $(16,033.67) | | $- | $- | $1,710.93 | |

| Date | | | | | | | | | Due 1 | Due 2 | Type | | | | | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/13/2023 | | $1,944.12 | | $237.84 | $520.69 | $1,185.59 | | | 2/1/2023 | 2/1/2023 | | $1,944.12 | $(543.30) | $3,655.05 | $3,111.75 | $178,283.55 | $(14,848.08) | $1,944.12 | $- | $- | $1,710.93 | 3/1/2023 |
| 7/18/2023 | | $1,944.12 | | $238.54 | $519.99 | $1,185.59 | | | 3/1/2023 | 3/1/2023 | | $1,944.12 | $(543.30) | $3,655.05 | $3,111.75 | $178,045.01 | $(13,662.49) | $1,944.12 | $- | $- | $1,710.93 | 4/1/2023 |
| 8/9/2023 | | | $34.78 | | | | | | | | PMI | $- | $(543.30) | $3,655.05 | $3,111.75 | $178,045.01 | $(13,697.27) | | $- | $- | $1,710.93 | |
| 8/17/2023 | $733.20 | | | | | | | | | | | $- | $189.90 | $3,655.05 | $3,844.95 | $178,045.01 | $(13,697.27) | | $- | $- | $1,710.93 | |
| 9/1/2023 | | $1,944.12 | | $239.23 | $519.30 | $1,185.59 | | | 4/1/2023 | 4/1/2023 | | $1,944.12 | $189.90 | $3,655.05 | $3,844.95 | $177,805.78 | $(12,511.68) | $1,894.52 | $- | $49.60 | $1,760.53 | 5/1/2023 |
| 9/7/2023 | $733.20 | | | | | | | | | | | $- | $923.10 | $3,655.05 | $4,578.15 | $177,805.78 | $(12,511.68) | | $- | $- | $1,760.53 | |
| 9/11/2023 | | | $34.78 | | | | | | | | PMI | $- | $923.10 | $3,655.05 | $4,578.15 | $177,805.78 | $(12,546.46) | | $- | $- | $1,760.53 | |
| 10/3/2023 | | $1,894.52 | | $239.93 | $518.60 | $1,135.99 | | | 5/1/2023 | 5/1/2023 | | $1,894.52 | $923.10 | $3,655.05 | $4,578.15 | $177,565.85 | $(11,410.47) | $1,894.52 | $- | $- | $1,760.53 | 6/1/2023 |
| 10/5/2023 | $733.20 | | | | | | | | | | | $- | $1,656.30 | $3,655.05 | $5,311.35 | $177,565.85 | $(11,410.47) | | $- | $- | $1,760.53 | |
| 10/9/2023 | | | $34.78 | | | | | | | | PMI | $- | $1,656.30 | $3,655.05 | $5,311.35 | $177,565.85 | $(11,445.25) | | $- | $- | $1,760.53 | |
| 10/31/2023 | | $1,894.52 | | $240.63 | $517.90 | $1,135.99 | | | 6/1/2023 | 6/1/2023 | | $1,894.52 | $1,656.30 | $3,655.05 | $5,311.35 | $177,325.22 | $(10,309.26) | $1,894.52 | $- | $- | $1,760.53 | 7/1/2023 |
| 11/7/2023 | $721.50 | | | | | | | | | | | $- | $2,377.80 | $3,655.05 | $6,032.85 | $177,325.22 | $(10,309.26) | | $- | $- | $1,760.53 | |
| 11/9/2023 | | | $34.78 | | | | | | | | PMI | $- | $2,377.80 | $3,655.05 | $6,032.85 | $177,325.22 | $(10,344.04) | | $- | $- | $1,760.53 | |
| 11/9/2023 | | | $2,962.04 | | | | | | | | Tax | $- | $2,377.80 | $3,655.05 | $6,032.85 | $177,325.22 | $(13,306.08) | | $- | $- | $1,760.53 | |
| 11/10/2023 | | $1,894.52 | | $241.33 | $517.20 | $1,135.99 | | | 7/1/2023 | 7/1/2023 | | $1,894.52 | $2,377.80 | $3,655.05 | $6,032.85 | $177,083.89 | $(12,170.09) | $1,894.52 | $- | $- | $1,760.53 | 8/1/2023 |
| 12/7/2023 | $721.50 | | | | | | | | | | | $- | $3,099.30 | $3,655.05 | $6,754.35 | $177,083.89 | $(12,170.09) | | $- | $- | $1,760.53 | |
| 12/13/2023 | | | $34.78 | | | | | | | | PMI | $- | $3,099.30 | $3,655.05 | $6,754.35 | $177,083.89 | $(12,204.87) | | $- | $- | $1,760.53 | |
| 1/11/2024 | | | $34.78 | | | | | | | | PMI | $- | $3,099.30 | $3,655.05 | $6,754.35 | $177,083.89 | $(12,239.65) | | $- | $- | $1,760.53 | |
| 1/11/2024 | | $1,894.52 | | $242.04 | $516.49 | $1,135.99 | | | 8/1/2023 | 8/1/2023 | | $1,894.52 | $3,099.30 | $3,655.05 | $6,754.35 | $176,841.85 | $(11,103.66) | $1,894.52 | $- | $- | $1,760.53 | 9/1/2023 |
| 1/16/2024 | | $1,894.52 | | $242.74 | $515.79 | $1,135.99 | | | 9/1/2023 | 9/1/2023 | | $1,894.52 | $3,099.30 | $3,655.05 | $6,754.35 | $176,599.11 | $(9,967.67) | $1,894.52 | $- | $- | $1,760.53 | 10/1/2023 |
| 1/23/2024 | $721.50 | | | | | | | | | | | $- | $3,820.80 | $3,655.05 | $7,475.85 | $176,599.11 | $(9,967.67) | | $- | $- | $1,760.53 | |
| 1/25/2024 | | | | | | | | | | | Escrow | $5,646.01 | $(1,825.21) | $3,655.05 | $1,829.84 | $176,599.11 | $(4,321.66) | | $- | $- | $1,760.53 | |
| 2/12/2024 | | | $34.78 | | | | | | | | PMI | $- | $(1,825.21) | $3,655.05 | $1,829.84 | $176,599.11 | $(4,356.44) | | $- | $- | $1,760.53 | |
| 2/12/2024 | | | $3,595.36 | | | | | | | | Tax | $- | $(1,825.21) | $3,655.05 | $1,829.84 | $176,599.11 | $(7,951.80) | | $- | $- | $1,760.53 | |
| 2/14/2024 | | | | | | | | | | | Escrow | $70.42 | $(1,895.63) | $3,655.05 | $1,759.42 | $176,599.11 | $(7,881.38) | | $- | $- | $1,760.53 | |
| 2/14/2024 | | $1,894.52 | | $243.45 | $515.08 | $1,135.99 | | | 10/1/2023 | 10/1/2023 | | $1,894.52 | $(1,895.63) | $3,655.05 | $1,759.42 | $176,355.66 | $(6,745.39) | | $- | $1,894.52 | $3,655.05 | |
| 2/20/2024 | | $(1,894.52) | | $(243.45) | $(515.08) | $(1,135.99) | | | (10/01/2023) | (10/01/2023) | | $(1,894.52) | $(1,895.63) | $3,655.05 | $1,759.42 | $176,599.11 | $(7,881.38) | | $- | $(1,894.52) | $1,760.53 | |
| 3/18/2024 | | | $69.56 | | | | | | | | PMI | $- | $(1,895.63) | $3,655.05 | $1,759.42 | $176,599.11 | $(7,950.94) | | $- | $- | $1,760.53 | |
| 3/28/2024 | $721.50 | | | | | | | | | | | $- | $(1,174.13) | $3,655.05 | $2,480.92 | $176,599.11 | $(7,950.94) | | $- | $- | $1,760.53 | |
| 4/17/2024 | | | $34.78 | | | | | | | | PMI | $- | $(1,174.13) | $3,655.05 | $2,480.92 | $176,599.11 | $(7,985.72) | | $- | $- | $1,760.53 | |
| 4/19/2024 | | | | $243.45 | $515.08 | $1,135.99 | | | 10/1/2023 | 10/1/2023 | | $1,894.52 | $(1,174.13) | $1,760.53 | $586.40 | $176,355.66 | $(6,849.73) | | $- | $- | $1,760.53 | |
| 4/20/2024 | $721.50 | | | | | | | | | | | $- | $(452.63) | $1,760.53 | $1,307.90 | $176,355.66 | $(6,849.73) | | $- | $- | $1,760.53 | |
| 5/22/2024 | | | $34.78 | | | | | | | | PMI | $- | $(452.63) | $1,760.53 | $1,307.90 | $176,355.66 | $(6,884.51) | | $- | $- | $1,760.53 | |
| 6/5/2024 | $721.50 | | | | | | | | | | | $- | $268.87 | $1,760.53 | $2,029.40 | $176,355.66 | $(6,884.51) | | $- | $- | $1,760.53 | |
| 6/18/2024 | | | $3,769.63 | | | | | | | | Insurance | $- | $268.87 | $1,760.53 | $2,029.40 | $176,355.66 | $(10,654.14) | | $- | $- | $1,760.53 | |
| 6/20/2024 | | | $34.78 | | | | | | | | PMI | $- | $268.87 | $1,760.53 | $2,029.40 | $176,355.66 | $(10,688.92) | | $- | $- | $1,760.53 | |
| 7/5/2024 | | $3,247.24 | | $244.16 | $514.37 | $1,135.99 | | | 11/1/2023 | 11/1/2023 | | $1,894.52 | $268.87 | $3,113.25 | $3,382.12 | $176,111.50 | $(9,552.93) | $1,894.52 | $- | $1,352.72 | $3,113.25 | 11/1/2023 |
| 7/8/2024 | | | | $244.87 | $513.66 | $1,135.99 | | | 12/1/2023 | 12/1/2023 | | $1,894.52 | $268.87 | $1,218.73 | $1,487.60 | $175,866.63 | $(8,416.94) | $1,894.52 | $- | $(1,894.52) | $1,218.73 | 12/1/2023 |
| 7/11/2024 | | | $3,740.80 | | | | | | | | Tax | $- | $268.87 | $1,218.73 | $1,487.60 | $175,866.63 | $(12,157.74) | | $- | $- | $1,218.73 | |
| 7/15/2024 | $1,443.00 | | | $245.59 | $512.94 | $1,135.99 | | | 1/1/2024 | 1/1/2024 | | $1,894.52 | $1,711.87 | $1,218.73 | $1,036.08 | $175,621.04 | $(11,021.75) | | $- | $- | $1,218.73 | |
| 7/19/2024 | | $3,247.24 | | | | | | | | | | $- | $1,711.87 | $2,571.45 | $4,283.32 | $175,621.04 | $(11,021.75) | $1,894.52 | $- | $1,352.72 | $2,571.45 | 1/1/2024 |
| 7/19/2024 | | | $34.78 | | | | | | | | PMI | $- | $1,711.87 | $2,571.45 | $4,283.32 | $175,621.04 | $(11,056.53) | $1,894.52 | $- | $(1,894.52) | $676.93 | 2/1/2024 |
| 7/22/2024 | | | | $246.30 | $512.23 | $1,135.99 | | | 2/1/2024 | 2/1/2024 | | $1,894.52 | $1,711.87 | $676.93 | $2,388.80 | $175,374.74 | $(9,920.64) | | $- | $- | $676.93 | |
| 7/22/2024 | | | | $247.02 | $511.51 | $1,135.99 | | | 3/1/2024 | 3/1/2024 | | $1,894.52 | $1,711.87 | $(1,217.59) | $494.28 | $175,127.72 | $(8,784.55) | | $- | $- | $676.93 | |
| 8/20/2024 | | | $34.78 | | | | | | | | PMI | $- | $1,711.87 | $(1,217.59) | $494.28 | $175,127.72 | $(8,819.33) | | $- | $- | $676.93 | |
| 9/19/2024 | | | $34.78 | | | | | | | | PMI | $- | $1,711.87 | $(1,217.59) | $494.28 | $175,127.72 | $(8,854.11) | | $- | $- | $676.93 | |
| 10/4/2024 | | $8,794.94 | | $247.74 | $510.79 | $865.09 | | | 4/1/2024 | 4/1/2024 | | $1,623.62 | $1,711.87 | $5,953.73 | $7,665.60 | $174,879.98 | $(7,989.02) | $1,623.62 | $- | $7,171.32 | $7,848.25 | 3/1/2024 |
| 10/4/2024 | | | | $248.46 | $510.07 | $865.09 | | | 5/1/2024 | 5/1/2024 | | $1,623.62 | $1,711.87 | $4,330.11 | $6,041.98 | $174,631.52 | $(7,123.93) | $1,623.62 | $- | $(1,623.62) | $6,224.63 | 4/1/2024 |
| 10/4/2024 | | | | $249.19 | $509.34 | $865.09 | | | 6/1/2024 | 6/1/2024 | | $1,623.62 | $1,711.87 | $2,706.49 | $4,418.36 | $174,382.33 | $(6,258.84) | $1,623.62 | $- | $(1,623.62) | $4,601.01 | 5/1/2024 |
| 10/4/2024 | | | | $249.91 | $508.62 | $865.09 | | | 7/1/2024 | 7/1/2024 | | $1,623.62 | $1,711.87 | $1,082.87 | $2,794.74 | $174,132.42 | $(5,393.75) | $1,623.62 | $- | $(1,623.62) | $2,977.39 | 6/1/2024 |
| 10/4/2024 | | | | $250.64 | $507.89 | $865.09 | | | 8/1/2024 | 8/1/2024 | | $1,623.62 | $1,711.87 | $(540.75) | $1,171.12 | $173,881.78 | $(4,528.66) | $1,623.62 | $- | $(1,623.62) | $1,353.77 | 7/1/2024 |
| 10/11/2024 | | $1,623.62 | | | | | | | | | | $- | $1,711.87 | $1,082.87 | $2,794.74 | $173,881.78 | $(4,528.66) | $1,623.62 | $- | $- | $1,353.77 | 8/1/2024 |
| 10/14/2024 | $3,073.20 | | | | | | | | | | | $- | $4,785.07 | $1,082.87 | $5,867.94 | $173,881.78 | $(4,528.66) | | $- | $- | $1,353.77 | |
| 10/16/2024 | | | | $251.37 | $507.16 | $867.83 | | | 9/1/2024 | 9/1/2024 | | $1,626.36 | $4,785.07 | $(543.49) | $4,241.58 | $173,630.41 | $(3,660.83) | | $- | $- | $1,353.77 | |
| 10/17/2024 | | | | $252.11 | $506.42 | $867.83 | | | 10/1/2024 | 10/1/2024 | | $1,626.36 | $4,785.07 | $(2,169.85) | $2,615.22 | $173,378.30 | $(2,793.00) | | $- | $- | $1,353.77 | |
| 10/17/2024 | | | | $252.84 | $505.69 | $867.83 | | | 11/1/2024 | 11/1/2024 | | $1,626.36 | $4,785.07 | $(3,796.21) | $988.86 | $173,125.46 | $(1,925.17) | | $- | $- | $1,353.77 | |
| 10/19/2024 | | | $34.78 | | | | | | | | PMI | $- | $4,785.07 | $(3,796.21) | $988.86 | $173,125.46 | $(1,959.95) | | $- | $- | $1,353.77 | |
| 11/11/2024 | | | | $(252.84) | $(505.69) | $(867.83) | | | (11/01/2024) | (11/01/2024) | | $(1,626.36) | $4,785.07 | $(2,169.85) | $2,615.22 | $173,378.30 | $(2,827.78) | | $- | $- | $1,353.77 | |
| 11/14/2024 | $726.96 | | | | | | | | | | | $- | $5,512.03 | $(2,169.85) | $3,342.18 | $173,378.30 | $(2,827.78) | | $- | $- | $1,353.77 | |
| 11/15/2024 | | | | | | | | | | | Escrow | $1,894.52 | $3,617.51 | $(2,169.85) | $1,447.66 | $173,378.30 | $(933.26) | | $- | $- | $1,353.77 | |
| 11/15/2024 | | | $34.78 | | | | | | | | PMI | $- | $3,617.51 | $(2,169.85) | $1,447.66 | $173,378.30 | $(968.04) | | $- | $- | $1,353.77 | |
| 11/18/2024 | | $1,626.36 | | $252.84 | $505.69 | $867.83 | | | 11/1/2024 | 11/1/2024 | | $1,626.36 | $3,617.51 | $(2,169.85) | $1,447.66 | $173,125.46 | $(100.21) | $1,626.36 | $- | $- | $1,353.77 | 9/1/2024 |
| 12/3/2024 | | $1,626.36 | | $253.58 | $504.95 | $867.83 | | | 12/1/2024 | 12/1/2024 | | $1,626.36 | $3,617.51 | $(2,169.85) | $1,447.66 | $172,871.88 | $767.62 | $1,626.36 | $- | $- | $1,353.77 | 10/1/2024 |
| 12/12/2024 | $519.49 | | | | | | | | | | | $- | $4,137.00 | $(2,169.85) | $1,967.15 | $172,871.88 | $767.62 | | $- | $- | $1,353.77 | |
| 12/21/2024 | | | $34.78 | | | | | | | | PMI | $- | $4,137.00 | $(2,169.85) | $1,967.15 | $172,871.88 | $732.84 | | $- | $- | $1,353.77 | |
| 1/3/2025 | | $1,626.36 | | $254.32 | $504.21 | $867.83 | | | 1/1/2025 | 1/1/2025 | | $1,626.36 | $4,137.00 | $(2,169.85) | $1,967.15 | $172,617.56 | $1,600.67 | $1,626.36 | $- | $- | $1,353.77 | 11/1/2024 |
| | | | | | | | | | | | | $- | $4,137.00 | $(2,169.85) | $1,967.15 | $172,617.56 | $1,600.67 | | $- | $- | $1,353.77 | |
| | | | | | | | | | | | | $- | $4,137.00 | $(2,169.85) | $1,967.15 | $172,617.56 | $1,600.67 | | $- | $- | $1,353.77 | |
| | | | | | | | | | | | | $- | $4,137.00 | $(2,169.85) | $1,967.15 | $172,617.56 | $1,600.67 | | $- | $- | $1,353.77 | |
| | | | | | | | | | | | | $- | $4,137.00 | $(2,169.85) | $1,967.15 | $172,617.56 | $1,600.67 | | $- | $- | $1,353.77 | |
| | | | | | | | | | | | | $- | $4,137.00 | $(2,169.85) | $1,967.15 | $172,617.56 | $1,600.67 | | $- | $- | $1,353.77 | |
| | | | | | | | | | | | | $- | $4,137.00 | $(2,169.85) | $1,967.15 | $172,617.56 | $1,600.67 | | $- | $- | $1,353.77 | |
| | | $270.90 | | | | | | | | | PCN waiver | $- | $4,137.00 | $(1,898.95) | $2,238.05 | $172,617.56 | $1,600.67 | | $- | $- | $1,353.77 | |
| | | | | $(253.58) | $(504.95) | $(867.83) | | | (12/01/2024) | (12/01/2024) | needs to be | $(1,626.36) | $4,137.00 | $(272.59) | $3,864.41 | $172,871.14 | $732.84 | | $- | $- | $1,353.77 | |
| | | | | $(254.32) | $(504.21) | $(867.83) | | | (01/01/2025) | (01/01/2025) | needs to be | $(1,626.36) | $4,137.00 | $1,353.77 | $5,490.77 | $173,125.46 | $(134.99) | | $- | $- | $1,353.77 | |
| | | | | | | | | | | | Escrow application needs | $4,137.00 | $0.00 | $1,353.77 | $1,353.77 | $173,125.46 | $4,002.01 | | $- | $- | $1,353.77 | |
| | | | | | | | | | | | | $- | $0.00 | $1,353.77 | $1,353.77 | $173,125.46 | $4,002.01 | | $- | $- | $1,353.77 | |